# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  EBONY B. PEARSON  
2511 KNIGHT AVENUE  
ROCKFORD, IL  61101  

SSN-xxx-xx-4780

Case Number: 04-72912

Case filed on: 6/3/2004  
Plan Confirmed on: 8/6/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $2,737.50        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | EBONY B. PEARSON | 0.00 | 0.00 | 37.50 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 37.50 | 0.00 |
| 001 | ADVANTAGE PAGING | 45.95 | 45.95 | 3.79 | 0.00 |
| 002 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | COLEMAN MD GLENNETTA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMED CO | 960.59 | 960.59 | 79.15 | 0.00 |
| 006 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FINANCE AMERICA CORP. | 1,500.00 | 1,500.00 | 123.59 | 0.00 |
| 008 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROCKFORD MERCANTILE AGENCY INC | 102.98 | 102.98 | 8.48 | 0.00 |
| 010 | K.C.A. FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MEDICAL ACCOUNTS RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR GAS | 1,074.30 | 1,074.30 | 88.52 | 0.00 |
| 014 | ROCKFORD ASSOCIATED PATHOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD HEALTH SYSTEMS/ | 63.00 | 63.00 | 5.19 | 0.00 |
| 016 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | STATE COLLECTION SERVICE INC | 264.32 | 264.32 | 21.78 | 0.00 |
| 021 | STATE FARM INSURANCE | 7,698.25 | 7,698.25 | 634.27 | 0.00 |
| 022 | SUPERIOR RECOVERY SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | WINNEBAGO COUNTY CIRCUIT CLERK | 737.00 | 737.00 | 60.72 | 0.00 |
| 025 | ROCKFORD MERCANTILE AGENCY INC | 1,585.66 | 1,585.66 | 130.64 | 0.00 |
|  | Total Unsecured | 14,032.05 | 14,032.05 | 1,156.13 | 0.00 |
|  | Grand Total: | 15,396.05 | 15,396.05 | 2,557.63 | 0.00 |

Total Paid Claimant:       $2,557.63  
Trustee Allowance:         $179.87  
Percent Paid Unsecured:    8.24

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/01/2007          By  /s/Heather M. Fagan